UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELO W. RECCHIA,<br><br>                     Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                     Defendant. | Case No. C23-5910-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On December 19, 2023, the Court issued a scheduling order directing Plaintiff to file an opening brief by January 18, 2024. (Dkt. # 12.) No opening brief has been filed. Plaintiff is ORDERED to file his opening brief by **January 31, 2024**, or show cause why this action should not be dismissed for failure to prosecute. Defendant's response brief shall be filed within **30 days** of Plaintiff's opening brief, and Plaintiff's optional reply brief is due within **14 days** thereafter.

//

//

//

MINUTE ORDER - 1

Dated this 26th day of January, 2024.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2