UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELO W. RECCHIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C23-5910-MLP<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. # 37.) Based on Plaintiff's motion and the supporting documents, and that opposing counsel has no objection (dkt. # 38 at 2), the Court ORDERS that Plaintiff's motion is GRANTED and that attorney fees in the amount of $7,173.00[1] shall be awarded to Plaintiff's attorney, Eitan Kassel Yanich, pursuant to 42 U.S.C. § 406(b).

The check for fees, minus any applicable processing fees, shall be mailed to Plaintiff's counsel at 203 Fourth Avenue E., Suite 321, Olympia, WA, 98501.

//

[1] Plaintiff was previously awarded Equal Access to Justice Act fees, pursuant to 28 U.S.C. § 2412, of $6,322.04 (dkt. # 35), but the entire amount was garnished to pay Plaintiff's child support debt. (Dkt. # 37-6.)

Dated this 16th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge